**Fill in this information to identify the case:**

Debtor 1  William Paul Scott, Jr. aka Paul Scott

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi

Case Number  22-00142-JAW

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust

**Court claim no.** (if known):  12

**Last 4 digits** of any number you use to identify the debtor's account:  9761

**Date of payment change:**
Must be at least 21 days after date of this notice            06/01/2025

**New total payment:**
Principal, interest, escrow, if any            $1,962.95

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 567.26            **New escrow payment:** $ 608.75

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %            **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____            **New principal and interest payment:** $ _____

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   **Current mortgage payment**: $ _____            **New mortgage payment:** $ _____

Debtor 1   William Paul Scott, Jr. aka Paul Scott                      Case number (*if known*)  22-00142-JAW
           First Name     Middle Name     Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘  /s/ Michael Lindsey                                    Date   04/28/2025
   Signature

Print:     Michael Lindsey                                Title   Attorney at Law
           First Name     Middle Name     Last Name

Company:   Halliday, Watkins & Mann, P.C.

           244 Inverness Center Drive, Suite 200
           Number      Street

           Birmingham,   AL   35242
           City              State    Zip Code

Contact Phone   (801) 355-2886                            Email   info@hwmlawfirm.com

## **MAILING CERTIFICATE**

The undersigned hereby certifies that on April 28, 2025 a true and correct copy of the foregoing Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail, postage prepaid, or via ECF, to each of the following by the method indicated:

| | |
|---|---|
| William Paul Scott, Jr.<br>101 Woodlands Green Dr<br>Brandon, MS 39047<br>  Debtor | Jennifer A. Curry Calvillo<br>  Via ECF<br>  Attorney for Debtor |
| United States Trustee<br>  Via ECF | Thomas Carl Rollins, Jr.<br>  Via ECF<br>  Attorney for Debtor |
| | Harold J. Barkley, Jr.<br>  Via ECF<br>  Chapter 13 Trustee |

              /s/ Michael Lindsey



(800) 603-0836 / (707) 443-1562 (fax)
Para Español, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #
Branch Office NMLS #

323 5TH ST
EUREKA CA 95501

WILLIAM PAUL SCOTT Jr.
101 WOODLANDS GREEN DR
BRANDON MS  390478773

Analysis Date: April 22, 2025
Property Address: 101 WOODLANDS GREEN DRIVE  BRANDON, MS 39047                              Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from May 2024 to May 2025.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2025: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 1,354.20 | 1,354.20 | | Due Date: | May 01, 2025 |
| Escrow Payment: | 567.26 | 608.75 | | Escrow Balance: | 2,179.77 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 567.26 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $2,747.03 |
| Total Payment: | $1,921.46 | $1,962.95 | | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,677.68 | 2,677.68 |
| May 2024 | 567.26 | 567.26 | | | | 3,244.94 | 3,244.94 |
| Jun 2024 | 567.26 | 567.26 | | | | 3,812.20 | 3,812.20 |
| Jul 2024 | 567.26 | 567.26 | | | | 4,379.46 | 4,379.46 |
| Jul 2024 | | | | 3,981.14 | * Homeowners Policy | 4,379.46 | 398.32 |
| Aug 2024 | 567.26 | 567.26 | 3,812.19 | | * Homeowners Policy | 1,134.53 | 965.58 |
| Sep 2024 | 567.26 | 567.26 | | | | 1,701.79 | 1,532.84 |
| Oct 2024 | 567.26 | 567.26 | | | | 2,269.05 | 2,100.10 |
| Nov 2024 | 567.26 | 567.26 | | | | 2,836.31 | 2,667.36 |
| Dec 2024 | 567.26 | 567.26 | | | | 3,403.57 | 3,234.62 |
| Jan 2025 | 567.26 | 567.26 | | | | 3,970.83 | 3,801.88 |
| Jan 2025 | | | | 3,323.89 | * County Tax | 3,970.83 | 477.99 |
| Feb 2025 | 567.26 | 567.26 | 2,994.97 | | * County Tax | 1,543.12 | 1,045.25 |
| Mar 2025 | 567.26 | 567.26 | | | | 2,110.38 | 1,612.51 |
| Apr 2025 | 567.26 | 567.26 | | | | 2,677.64 | 2,179.77 |
| | | | | | Anticipated Transactions | 2,677.64 | 2,179.77 |
| May 2025 | | 567.26 | | | | | 2,747.03 |
| | $6,807.12 | $7,374.38 | $6,807.16 | $7,305.03 | | | |

Page 1

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 6,807.16.  Under Federal law, your lowest monthly balance should not have exceeded 1,134.53 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: April 22, 2025
Borrower: WILLIAM PAUL SCOTT Jr.                                                                                          Loan: ███

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,747.03 | 3,372.40 |
| Jun 2025 | 608.75 | | | 3,355.78 | 3,981.15 |
| Jul 2025 | 608.75 | | | 3,964.53 | 4,589.90 |
| Aug 2025 | 608.75 | 3,981.14 | Homeowners Policy | 592.14 | 1,217.51 |
| Sep 2025 | 608.75 | | | 1,200.89 | 1,826.26 |
| Oct 2025 | 608.75 | | | 1,809.64 | 2,435.01 |
| Nov 2025 | 608.75 | | | 2,418.39 | 3,043.76 |
| Dec 2025 | 608.75 | | | 3,027.14 | 3,652.51 |
| Jan 2026 | 608.75 | | | 3,635.89 | 4,261.26 |
| Feb 2026 | 608.75 | 3,323.89 | County Tax | 920.75 | 1,546.12 |
| Mar 2026 | 608.75 | | | 1,529.50 | 2,154.87 |
| Apr 2026 | 608.75 | | | 2,138.25 | 2,763.62 |
| May 2026 | 608.75 | | | 2,747.00 | 3,372.37 |
| | $7,305.00 | $7,305.03 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,217.51.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,217.51 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,747.03.  Your starting balance (escrow balance required) according to this analysis should be $3,372.40.  This means you have a shortage of 625.37.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 7,305.03.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: April 22, 2025
Borrower: WILLIAM PAUL SCOTT Jr.           Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 608.75 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $608.75 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**