**Fill in this information to identify the case:**

Debtor 1    WILLIAM PAUL SCOTT, JR.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN   District of   MS
                                                           (State)

Case number   22-00142-JAW

Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
| --- | --- |

| | |
| --- | --- |
| Name of claim holder: | U.S. BANK TRUST NATIONAL ASSOCIATION / SN SERVICING CORPORATION |

Court claim no. (if known): 12-2

Last 4 digits of any number you use to identify the debtor's account:   9   7   6   1

Property address:    WILLIAM PAUL SCOTT, JR.
                           Number      Street
                           101 WOODLANDS GREEN DR

                           BRANDON      MS      39047
                           City              State      ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here:   www.ndc.org   (web address).

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 13,007.57 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 13,007.57 |

**Part 4:** **Postpetition Payments**

*Check one:*

☐ Postpetition payments are made by the debtor.

☑ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ 91,974.93

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
01/2026_____.   All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____

**Part 6:** **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ _____        Date ___/___/_____
Signature

Trustee        HAROLD J BARKLEY, JR
First Name        Middle Name        Last Name

Address        PO BOX 4476
Number        Street

JACKSON        MS        39296-4476
City        State        ZIP Code

Contact phone ( 601 ) 362_ 6161        Email HJB@HBARKLEY13.COM

## <u>C E R T I F I C A T E</u>

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

William Paul Scott, Jr.
101 Woodlands Green Drive
Brandon, MS 39047

U.S. Bank Trust N.A.
c/o SN Servicing Corp
323 5th Street
Eureka, CA  95501

Hon. Michael Lindsey
Halliday, Watkins &  Mann, P.C.
michaell@hwmlawfirm.com


Dated:  January ____6____, 2026

/s/Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR.