**Fill in this information to identify the case:**

Debtor 1  William Paul Scott, Jr. aka Paul Scott

Debtor 2 
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi
(State)

Case number  22-00142-JAW

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made   12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

### Part 1:  Mortgage Information

**Name of claim holder:** U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: __9__ __7__ __6__ __1__

**Property address:**  101 Woodlands Green Dr.
Number       Street

Brandon, MS 39047
City                State        ZIP Code

### Part 2: Arrearages

The total amount received to cure any arrearages as of January 9, 2026:   $13,007.57.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full as of January 9, 2026.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid per the itemized pay history attached to this notice: $ _____ .

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid per the itemized pay history attached to this notice: $ ___ .

| Part 3: | Post-Petition Payments |
|---|---|

(a) Check all that apply:

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs as of January 9, 2026.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that became due since: ____/_____/_____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of January 9, 2026:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 01 / 09 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 03 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,962.95 |
| iv. | Unpaid principal balance of the loan: | $297,666.11 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $7,051.53 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $126.97 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all post-petition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts received from the date of the bankruptcy filing:

- all prepetition and post-petition payments received.
- the application of all payments received.
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:**  **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Michael Lindsey    Date 01 / 23 / 2026
Signature

Name: Michael Lindsey
First name    Middle name    Last name

Title: Attorney for Creditor

Company: Halliday, Watkins & Mann, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 244 Inverness Center Drive, Suite 200
Number    Street
Birmingham, AL 35242
City    State    ZIP Code

Contact phone 205-970-2233    Email michaell@hwmlawfirm.com

Official Form 410C13-NR

 **SERVICING CORPORATION**
323 5th Street
Eureka, CA 95501

(800) 603-0836
Para Español, Ext. 2932
8:00 a.m.  5:00 p.m. Pacific Time
Main Office NMLS
Branch Office NMLS

January 09, 2026

WILLIAM SCOTT
101 WOODLANDS GREEN DR
BRANDON, MS 39047-8773

Your Reference:

Re:
WILLIAM PAUL SCOTT Jr.
101 WOODLANDS GREEN DRIVE
BRANDON, MS 39047

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 02/01/2026 |
| Principal Balance | $297,666.11 |
| Interest to 02/01/2026 | $0.00 |
| Other (See Attached Detail) | $0.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | ($ 126.97) |
| Total Payoff | $297,539.14 |
| Per diem | $ 21.41 |

The next payment due is 03/01/2026.  The current interest rate is   2.625   % and the P&I payment is $1,354.20.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit.  The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**         BKPL-EG 2025-RPL3 Series Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | BKPL-EG 2025-RPL3 Series Trust |
| BKPL-EG 2025-RPL3 Series Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on January 23, 2026, to wit:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

William Paul Scott, Jr.
101 Woodlands Green Dr
Brandon, MS 39047

                                                      /s/ Michael Lindsey