**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE: | |
| WILLIAM PAUL SCOTT, JR. AKA PAUL SCOTT; | CHAPTER 13<br>CASE NO. 22-00142-JAW |
| Debtor. | |

### RESPONSE TO TRUSTEE MOTION TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

COMES NOW, U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust, ("Creditor"), a secured Creditor of the above-captioned Debtor, by and through its attorney, Kimberly Putnam, and hereby responds to the Trustee's Motion to Determine Final Cure and Payment of the Mortgage Claim as follows:

1. Creditor is the holder of a secured claim against the Debtor which is secured only by a security interest in Debtor's principal residence located at 101 Woodlands Green Dr, Brandon, MS 39047. Creditor claim is evidenced by Proof of Claim number 12 filed on January 3, 2023.

2. The Debtor's confirmed Chapter 13 Plan provided for post-petition payments to be made outside of the plan to Creditor starting in February 2022 in accordance with 11 U.S.C. §1322(b)(5).

3. The Debtor's Plan was a 60-month plan with payments commencing on March 2022.

4. The Chapter 13 Trustee filed the required Notice of Disbursements Made pursuant to Fed.R.Bankr.P. Rule 3002.1(f) on January 6, 2026.

5. Creditor filed its required Response to the Notice of Disbursements Made pursuant to Fed.R.Bankr.P. Rule 3002.1(g) on January 23, 2026. Creditor's Response to the Notice of Disbursements Made indicated that all pre-petition defaults had been cured, and the post-petition payments were current as of January 9, 2026.

6. The Trustee has filed a motion seeking determination that the loan is current on all post-petition payments to Creditor and that the Debtor is responsible for post-petition payments beginning February 1, 2026 in the amount of $1,962.95.

7. Based on this, Creditor has no opposition to an Order entering that the loan is post-petition current and due for February 1, 2026.

8. Creditor hereby reserves the right to modify or amend its response if necessary.

WHEREFORE, Creditor respectfully submits its response to the Trustee's Motion to Determine Final Cure and Payment of the Mortgage Claim and for such further relief as the Court deems proper.

Dated: February 19, 2026

/s/ Kim Putnam
Kimberly D. Putnam Bar No. 102418
Halliday, Watkins & Mann, P.C.
855 S. Pear Orchard Rd. Ste. 404
Ridgeland, MS 39157
KimberlyP@hwmlawfirm.com
801-355-2886

## **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on February 19, 2026, to wit:

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
Chapter 13 Trustee
PO Box 4476
Jackson, MS 39296-4476

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

William Paul Scott, Jr.
101 Woodlands Green Dr.
Brandon, MS 39047

                                            /s/ Kim Putnam

                                            Kimberly D. Putnam