United States Bankruptcy Court

Southern District of Mississippi

In re:

William Paul Scott, Jr.

    Debtor

Case No. 22-00142-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Paul Scott, Jr., 101 Woodlands Green Dr, Brandon, MS 39047-8773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor William Paul Scott  Jr. jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor U. S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Kimberly D. Putnam | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Michael Lindsey | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust michaell@hwmlawfirm.com |

District/off: 0538-3                    User: mssbad                                    Page 2 of 2
Date Rcvd: Mar 24, 2026                 Form ID: pdf012                                 Total Noticed: 1


Thomas Carl Rollins, Jr
                        on behalf of Debtor William Paul Scott  Jr. trollins@therollinsfirm.com,
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: March 24, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 NO.:

WILLIAM PAUL SCOTT, JR.                                22 – 00142 – JAW

### AGREED ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK #58] and U.S. Bank Trust National Association's Response [DK #60]; and the parties agree as follows:

1.  The following information relates to the mortgage claim at issue:

    Name of Claim Holder: U.S. BANK TRUST NATIONAL ASSOCIATION/SN SERVICING CORPORATION

    Court Claim No.: 12-2

    Last 4 digits of any number used to identify the debtors account: 9761

    Property address: 101 WOODLANDS GREEN DRIVE

    | BRANDON | MS | 39047 |
    |---|---|---|
    | City | State | zip code |

2.  As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

    a.  Allowed amount of the prepetition arrearage, if any:      $ 13,007.57

    b.  Total amount of the prepetition arrearage disbursed:      $ _____

    c.  Allowed amount of post petition arrearage:               $ _____

    d.  Total amount of post petition arrearage disbursed:       $ 13,007.57

    e.  Total amount of arrearages disbursed:                    $ _____

3.    As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

a.    Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:    $_____

b.    Amount of post petition fees, expenses and charges disbursed    $_____

4.    As of the date of this Order, the Trustee made the following Payments on the post petition obligations:    $ 91,974.93 _____

5.    That, the Debtor shall be responsible for post-petition payments beginning _February 1, 2026 in the amount of $1,962.95._

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones _____
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM


/s/Kimberly D. Putnam _____
KIMBERLY D. PUTNAM
ATTORNEY FOR U.S. BANK TRUST NA