## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    William Paul Scott, Jr., Debtor                    Case No. 22-00142-JAW
                                                             Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ William Paul Scott, Jr.**          **04/02/2026**
William Paul Scott, Jr.          Date

**/s/ Thomas C. Rollins, Jr.**          **04/02/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469          Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:          Gulfport Divisional Office:
Danny L. Miller, Clerk          Danny L. Miller, Clerk
United States Bankruptcy Court          United States Bankruptcy Court
Thad Cochran US Courthouse          Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300          2012 15th St, Suite 244
Jackson, MS 39201          Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On April 3, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM PAUL SCOTT, JR

CASE NO: 22-00142-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM PAUL SCOTT, JR

CASE NO: 22-00142-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/3/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/3/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-00142-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 2 14-29-56 PST 2026


EXCLUDE

(U)PINK DOGWOOD 13  LLC



US BANK TRUST NA
CO SN SERVICING CORP
323 5TH STREET
EUREKA  CA 9550  95501-0305



EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201 5036



ADVANCED RECOVERY SYST
219 KATHERINE DR
FLOWOOD  MS 39232-9588



AMEX
PO BOX 981537
EL PASO  TX 79998-1537



CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293



CITIBANK NORTH AMERICA
PO BOX 6497
SIOUX FALLS  SD 57117-6497



CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

---

(P)ADVANCE FINANCIAL ADMINISTRATION LLC
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051



SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY  SUITE G-601
ABILENE  TX 79602-1196



EXCLUDE

(U)US BANK TRUST NATIONAL ASSOCIATION AS  TRU



EXCLUDE

(D)(P)ADVANCE FINANCIAL ADMINISTRATION LLC
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101 2051



AFFIRM  INC
PO BOX 720
SAN FRANCISCO  CA 94104-0720



BALANCE CREDIT
180 N WACKER DR
STE 300
CHICAGO  IL 60606-1603



CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901



CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027



DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

---

PRA RECEIVABLES MANAGEMENT  LLC  AS AGENT O
PORTFOLIO RECOVERY ASSOCIATES  LLC
POB 41067
NORFOLK  VA 23541-1067



U S BANK TRUST NATIONAL ASSOCIATION AS TRU
SN SERVICING CORPORATION
323 5TH ST
EUREKA  CA 95501-0305



US BANK TRUST NATIONAL ASSOCIATIONSN SERV
323 5TH STREET
EUREKA  CA 95501-0305



ADVANCED FINANCIAL 24
100 OCEANSIDE DR
NASHVILLE  TN 37204-2351



AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701



(P)TOTAL LOAN SERVICES  LLC
ATTN JOHN LANGENDERFER
205 SUGAR CAMP CIRCLE
DAYTON OH 45409-1970



CCBLENDLY
PO BOX 9035
DAYTON  OH 45409-9035



(P)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800



INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LOANME
11171 MILL VALLEY RD
OMAHA NE 68154-3933

MARINER FINANCE  LLC
8211 TOWN CENTER DR
NOTTINGHAM  MD 21236-5904

EXCLUDE

(D)MARINER FINANCE  LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

MICHAEL LINDSEY  ESQ
HALLIDAY  WATKINS  MANN PC
FOR US BANK TRUST NATIONAL ASSOCIATION
376 EAST 400 SOUTH  SUITE 300
SALT LAKE CITY  UT 84111-2906

NETCREDIT
175 W JACKSON BLVD STE 1000
CHICAGO  IL 60604-2863

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE  IN 47706-1010

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES  LLC
POB 41067
NORFOLK  VA 23541-1067

PERITUS PORTFOLIO SERVICES
PO BOX 141419
IRVING  TX 75014-1419

PERSONIFY
PO BOX 500650
SAN DIEGO  CA 92150-0650

PINK DOGWOOD 13  LLC
PO BOX 1931
BURLINGAME  CA 94011-1931

EXCLUDE

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SN SERVICING CORP
PO BOX 660820
DALLAS  TX 75266-0820

EXCLUDE

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY
SUITE G-601
ABILENE  TX 79602-1196

(D)SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY
SUITE G-601
ABILENE  TX 79602-1196

US BANK TRUST NATIONAL ASSOCIATION  AS TRU
OF BKPLEG BASKET TRUST
SN SERVICING CORPORATION
323 5TH ST
EUREKA  CA 95501-0305

EXCLUDE

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

UPSTART
2 CIRCLE STAR WAY
SAN CARLOS  CA 94070-6200

UPSTART NETWORK
PO BOX 1931
BURLINGAME  CA 94011-1931

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD  MS 39232

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

DEBTOR

WILLIAM PAUL SCOTT JR
101 WOODLANDS GREEN DR
BRANDON   MS 39047-8773