**Fill in this information to identify the case:**

Debtor 1   William Paul Scott, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi

Case Number  22-00142-JAW

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust

**Court claim no.** (if known):  12

**Last 4 digits** of any number you use to identify the debtor's account:      XX9761

**Date of payment change:**
Must be at least 21 days after date of this notice     06/01/2026

**New total payment:**
Principal, interest, escrow, if any
*For HELOC payment amounts, see Part 3*     $1,949.11

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 608.75          New escrow payment: $ 594.91

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:  Annual HELOC Notice

3 **Will there be a change in the debtor`s home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   Current HELOC payment:          $_____

   Reconciliation amount:          + $_____

                                   - $_____

   Amount of next payment (including reconciliation amount)                    $_____

   Amount of the new payment thereafter (without reconciliation amount)        $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Debtor 1   William Paul Scott, Jr.
        First Name      Middle Name    Last Name

Case number (*if known*)  22-00142-JAW

---

**Part 4:   Other Payment Change**

4   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑   No

☐   Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

Reason for change: _____

**Current mortgage payment**: $ _____        **New mortgage payment:** $ _____

---

**Part 4:          Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☑   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖   /s/Kim Putnam
    Signature

Date   04/10 2026

Print:   Kim Putnam
      First Name    Middle Name    Last Name

Title   Attorney at Law

Company:   Halliday, Watkins & Mann, P.C.

244 Inverness Center Drive, Suite 200
Number    Street

Birmingham,   AL  35242
City        State    Zip Code

Contact Phone   (801) 355-2886

Email   info@hwmlawfirm.com

---

## <u>MAILING CERTIFICATE</u>

The undersigned hereby certifies that on April 10, 2026 a true and correct copy of the foregoing

Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail,

postage prepaid, or via ECF, to each of the following by the method indicated:

William Paul Scott, Jr.                              Jennifer A. Curry Calvillo
101 Woodlands Green Dr                       Via ECF
Brandon, MS 39047                              Attorney for Debtor
      Debtor

                                        Harold J. Barkley, Jr.
United States Trustee                            Via ECF
      Via ECF                                      Chapter 13 Trustee

_____

 **SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Español, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #████
Branch Office NMLS #████

WILLIAM PAUL SCOTT Jr.
101 WOODLANDS GREEN DR
BRANDON MS  390478773

Analysis Date: April 03, 2026                                                                 Final
Property Address: 101 WOODLANDS GREEN DRIVE  BRANDON, MS 39047                      Loan: ████

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from June 2025 to May 2026.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2026: |
|---|---|---|
| Principal & Interest Pmt: | 1,354.20 | 1,354.20 |
| Escrow Payment: | 608.75 | 594.91 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,962.95 | $1,949.11 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2026 |
| Escrow Balance: | 4,748.63 |
| Anticipated Pmts to Escrow: | 608.75 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $5,357.38 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 3,372.40 | 2,747.03 |
| Jun 2025 | 608.75 | 608.75 | | | | 3,981.15 | 3,355.78 |
| Jul 2025 | 608.75 | 608.75 | | | | 4,589.90 | 3,964.53 |
| Aug 2025 | 608.75 | 608.75 | 3,981.14 | 3,618.47 | * Homeowners Policy | 1,217.51 | 954.81 |
| Sep 2025 | 608.75 | 608.75 | | | | 1,826.26 | 1,563.56 |
| Oct 2025 | 608.75 | 608.75 | | | | 2,435.01 | 2,172.31 |
| Nov 2025 | 608.75 | 608.75 | | | | 3,043.76 | 2,781.06 |
| Dec 2025 | 608.75 | 608.75 | | | | 3,652.51 | 3,389.81 |
| Jan 2026 | 608.75 | 1,217.50 | | | * | 4,261.26 | 4,607.31 |
| Jan 2026 | | 2,444.22 | | | * Escrow Only Payment | 4,261.26 | 7,051.53 |
| Jan 2026 | | | | 3,520.40 | * County Tax | 4,261.26 | 3,531.13 |
| Feb 2026 | 608.75 | | 3,323.89 | | * County Tax | 1,546.12 | 3,531.13 |
| Mar 2026 | 608.75 | 608.75 | | | | 2,154.87 | 4,139.88 |
| Apr 2026 | 608.75 | 608.75 | | | | 2,763.62 | 4,748.63 |
| May 2026 | 608.75 | | | | * | 3,372.37 | 4,748.63 |
| | | | | | Anticipated Transactions | 3,372.37 | 4,748.63 |
| May 2026 | | 608.75 | | | | | 5,357.38 |
| | $7,305.00 | $9,749.22 | $7,305.03 | $7,138.87 | | | |

Page 1

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 7,305.03.  Under Federal law, your lowest monthly balance should not have exceeded 1,217.51 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 1,217.51.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.

Analysis Date: April 03, 2026                                                                                   Final
Borrower: WILLIAM PAUL SCOTT Jr.                                                                   Loan: ██████

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|------|------|-------------|------|------|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 5,357.38 | 3,023.55 |
| Jun 2026 | 594.91 | | | 5,952.29 | 3,618.46 |
| Jul 2026 | 594.91 | | | 6,547.20 | 4,213.37 |
| Aug 2026 | 594.91 | 3,618.47 | Homeowners Policy | 3,523.64 | 1,189.81 |
| Sep 2026 | 594.91 | | | 4,118.55 | 1,784.72 |
| Oct 2026 | 594.91 | | | 4,713.46 | 2,379.63 |
| Nov 2026 | 594.91 | | | 5,308.37 | 2,974.54 |
| Dec 2026 | 594.91 | | | 5,903.28 | 3,569.45 |
| Jan 2027 | 594.91 | | | 6,498.19 | 4,164.36 |
| Feb 2027 | 594.91 | 3,520.40 | County Tax | 3,572.70 | 1,238.87 |
| Mar 2027 | 594.91 | | | 4,167.61 | 1,833.78 |
| Apr 2027 | 594.91 | | | 4,762.52 | 2,428.69 |
| May 2027 | 594.91 | | | 5,357.43 | 3,023.60 |
| | $7,138.92 | $7,138.87 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,189.81.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,189.81 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 5,357.38.  Your starting balance (escrow balance required) according to this analysis should be $3,023.55.  This means you have a surplus of 2,333.83. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 7,138.87.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

Analysis Date: April 03, 2026                                                                                    Final
Borrower: WILLIAM PAUL SCOTT Jr.                                                                    Loan: ███████

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 594.91 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $594.91 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**