United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 22-00142-JAW

William Paul Scott, Jr.                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                               Page 1 of 4

Date Rcvd: Apr 29, 2026                  Form ID: 3180W                             Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Paul Scott, Jr., 101 Woodlands Green Dr, Brandon, MS 39047-8773 |
| cr | + | U.S. Bank Trust National Association/SN Servicing, 323 5th Street, Eureka, CA 95501-0305 |
| 5071569 | + | Balance Credit, 180 N Wacker Dr, Ste 300, Chicago, IL 60606-1603 |
| 5079457 | + | LoanMe, 11171 Mill Valley Rd, Omaha NE 68154-3933 |
| 5344546 | + | Michael Lindsey, Esq., Halliday, Watkins & Mann PC, For U.S. Bank Trust National Association, 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |
| 5071586 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bncmail@w-legal.com | Apr 29 2026 19:34:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 89193, UNITED STATES |
| cr | + | EDI: PRA.COM | Apr 29 2026 23:36:00 | PRA Receivables Management, LLC., as agent of Port, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 29 2026 19:34:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602, UNITED STATES 79602-1196 |
| cr | ^ | MEBN | Apr 29 2026 19:33:35 | U. S. Bank Trust National Association as Trustee o, SN Servicing Corporation, 323 5th St, Eureka, CA 95501-0305 |
| cr | ^ | MEBN | Apr 29 2026 19:33:35 | U.S. Bank Trust N.A., c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 5092004 | | Email/Text: bncmail@w-legal.com | Apr 29 2026 19:34:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 5071565 | + | Email/Text: bankruptcy@af247.com | Apr 29 2026 19:34:00 | Advanced Financial 24/, 100 Oceanside Dr, Nashville, TN 37204-2351 |
| 5071566 | + | Email/Text: sbridwell@arscollections.com | Apr 29 2026 19:34:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 5071567 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 29 2026 19:42:53 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5080442 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2026 19:42:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5071568 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2026 19:42:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5071574 | | Email/Text: bankruptcy_filings@creditninja.com | Apr 29 2026 19:34:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
| Date Rcvd: Apr 29, 2026 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 5071570 | + | EDI: CAPITALONE.COM | Apr 29 2026 23:36:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5087273 | + | EDI: AIS.COM | Apr 29 2026 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5071572 | + | Email/Text: lendly.bankruptcy@account-servicing.com | Apr 29 2026 19:34:00 | Ccb/lendly, Po Box 9035, Dayton, OH 45409-9035 |
| 5071573 | + | EDI: CITICORP | Apr 29 2026 23:36:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5091232 | | EDI: CITICORP | Apr 29 2026 23:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5071575 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 19:42:56 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5071576 | | EDI: IRS.COM | Apr 29 2026 23:36:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5071577 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2026 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5089171 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 19:42:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5071578 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 29 2026 19:34:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5071579 | + | Email/Text: netcreditbnc@enova.com | Apr 29 2026 19:34:31 | Netcredit, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604-2863 |
| 5071580 | + | EDI: AGFINANCE.COM | Apr 29 2026 23:36:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5074184 | | EDI: AGFINANCE.COM | Apr 29 2026 23:36:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5143467 | + | EDI: PRA.COM | Apr 29 2026 23:36:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5091994 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 29 2026 19:34:00 | Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 5071581 | + | Email/Text: Contact@PersonifyFinancial.com | Apr 29 2026 19:34:00 | Personify, P.o. Box 500650, San Diego, CA 92150-0650 |
| 5139739 | ^ | MEBN | Apr 29 2026 19:33:39 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5071582 | | Email/Text: bankruptcy@republicfinance.com | Apr 29 2026 19:34:00 | Republic Finance, 6954 Old Canton Rd., Ste. B2, Ridgeland, MS 39157 |
| 5080049 | | Email/Text: bankruptcy@republicfinance.com | Apr 29 2026 19:34:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5071583 | ^ | MEBN | Apr 29 2026 19:33:22 | SN Servicing Corp, P.O. Box 660820, Dallas, TX 75266-0820 |
| 5092488 | + | Email/Text: bncmail@w-legal.com | Apr 29 2026 19:34:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 5590200 | + | Email/Text: bncmail@w-legal.com | Apr 29 2026 19:34:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 5071571 | | Email/Text: BankruptcyNotices@schear.net | Apr 29 2026 19:34:00 | CC Connect/Loan Me, 3280 N. University Ave, Provo, UT 84604 |
| 5089750 | ^ | MEBN | Apr 29 2026 19:33:34 | U.S. Bank Trust National Association, as Trustee, of BKPL-EG Basket Trust, SN Servicing |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
| Date Rcvd: Apr 29, 2026 | Form ID: 3180W | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | | Corporation, 323 5th ST, Eureka, CA 95501-0305 |
| 5071585 | ^ MEBN | Apr 29 2026 19:33:43 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5071584 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 29 2026 19:34:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5084954 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 29 2026 19:34:00 | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5089589 | + EDI: AIS.COM | Apr 29 2026 23:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pink Dogwood 13, LLC |
| cr | | U.S. Bank Trust National Association as Trustee o |
| 5092203 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor William Paul Scott  Jr. jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor U. S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Kimberly D. Putnam | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Michael Lindsey | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Paul Scott  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-3                          User: mssbad                                    Page 4 of 4
Date Rcvd: Apr 29, 2026                       Form ID: 3180W                                  Total Noticed: 46

                                            nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                                            USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

<table>
<tr><td colspan="2"><strong><em>Information to identify the case:</em></strong></td></tr>
<tr><td>Debtor 1</td><td><strong>William Paul Scott Jr.</strong></td><td>Social Security number or ITIN   <strong>xxx–xx–0480</strong></td></tr>
<tr><td></td><td>First Name   Middle Name   Last Name</td><td>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name   Middle Name   Last Name</td><td>Social Security number or ITIN  _ _ _ _<br><br>EIN   _ _–_ _ _ _ _ _ _</td></tr>
</table>

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **22–00142–JAW**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**William Paul Scott Jr.**
aka Paul Scott

Dated: <u>4/29/26</u>

**By the court:**      <u>/s/Jamie A. Wilson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**